**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DIRECTV, INC.,**

      **Plaintiff,**

-vs-                                          **Case No. 6:11-cv-1432-Orl-28KRS**

**JOHN F. STABILE, GERI STABILE, THE GRILLE AT BELLALAGO, INC.,**

      **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 19) filed March 27, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 3, 2012 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Default Judgment (Doc. No. 19) is **GRANTED in part**.

    3.    The Court finds that Defendant The Grille at Bellalago, Inc. ("The Grille"), and Defendants John F. Stabile and Geri Stabile, individually and as officers, directors,

shareholders and/or principals of The Grille, are liable for violations of 47 U.S.C. § 605(a) as alleged in Count I of Plaintiff's Complaint.

4. Counts II, III, and IV of Plaintiff's Complaint are dismissed without prejudice.

5. Plaintiff may file a motion for assessment of damages, fees and costs, or a motion requesting an evidentiary hearing on those issues, within twenty-one (21) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25th day of July, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party