# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIRECTV, INC.,**

        **Plaintiff,**

-vs-                              **Case No. 6:11-cv-1432-Orl-28KRS**

**JOHN F. STABILE, GERI STABILE, THE GRILLE AT BELLALAGO, INC.,**

        **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion for Assessment of Damages (Doc. No. 26) filed August 15, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 15, 2012 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Assessment of Damages (Doc. No. 26) is **GRANTED in part.**

3.  Plaintiff is awarded damages from Defendants John F. Stabile, Geri Stabile, and The Grille at Bellalago, Inc., jointly and severally, in the amount of $12,591.83.[1]

4.  The Clerk of the Court is directed to issue a judgment in favor of Plaintiff and against Defendants as set forth above in paragraph 3 and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7___ day of November, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

---

[1] The Report and Recommendation ("R&R") recommends the following totals: $2,346.02 (actual damages), $7,038.06 (enhanced damages), $2,332.75 (attorney's fees) and $875.00 (costs). These figures total $12,591.83, not $12,636.83, as set forth in the R&R.